UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHY BELL,

    Plaintiff,

v.                                              Case No. 8:18-cv-3118-T-36SPF

DEYAVE, SABAOT, INC.,
and ROMA SQUARE, INC.,

    Defendants.
_____/

## ORDER

This cause comes before the Court upon Plaintiff's Amended Motion to Compel Compliance with the Court's ADA Scheduling Order (Doc. 23). There has been no opposition memorandum filed, and, in light of the requirements of Local Rule 3.01(b), it will be assumed that Defendants have no objection to the requested relief.

Accordingly, it is hereby

**ORDERED**:

(1) Plaintiff's Amended Motion to Compel Compliance with the Court's ADA Scheduling Order (Doc. 23) is **GRANTED**.

(2) On or before October 7, 2019, Defendants shall serve a written response as directed in the Court's Amended ADA Scheduling Order (Doc. 18), including any Rule 26(a)(2) expert report that Defendants intend to rely upon.

(3) The Court appoints the following individual to serve as mediator in this action:

    Cynthia N. Sass
    Sass Law Firm
    601 West Dr. Martin Luther King Jr. Blvd.
    Tampa, FL 33603
    ph: 813-251-5599

(4) The Mediator is available to mediate the case on October 9th, 10th and 15th, 2019. The parties are directed to immediately confer and contact the Mediator to schedule the mediation. The parties are further directed to file a notice of the mediation date with the Court by October 3, 2019. Failure to do so will result in the Court selecting the date of mediation for the parties.

**ORDERED** in Tampa, Florida, October 1, 2019.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE